**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Criminal Case **No. 10-cr-581-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff

v.

**1. MATTHEW S. AMOS**,

    Defendant.

---

## ORDER

---

This matter is currently before me on Defendant's Motion to Seal his Supplementation of Response to Order of the Court Dated June 7, 2011 and Exhibits Thereto (doc. 60). Because Defendant has failed to properly file his Motion, his Supplementation of Response to Order of the Court Dated June 7, 2011, and the accompanying brief and exhibits as restricted documents, his filings are STRICKEN and SEALED. He shall refile these documents as "restricted" in order to allow proper review under D.C.COLO.CrR. 47.1.

Dated: Decmeber 12, 2011                        BY THE COURT:

                                                         **/s/ John L. Kane**
                                                         Senior U.S. District Judge